FILED
11-06-2026
Clerk of Court
Douglas County, WI
2026CV000303

STATE OF WISCONSIN CIRCUIT COURT DOUGLAS COUNTY

Dianne Dufour

Plaintiff,

vs.

Walmart Inc.

Defendants.

**NOTICE OF REMOVAL PURSUANT TO 28 USC § 1446 (d)**

Case No.: 26-CV-303

TO: PLAINTIFF ABOVE NAMED BY AND THROUGH HER COUNSEL, Nathan Cockerham, Ledin, Olson, and Cockerham, S.C. 1109 Tower Ave, Superior, WI 54880

Pursuant to 28 USC § 1446 (d), please take notice that defendant Walmart Inc. has filed this notice of removal of this civil action with the United States District Court for the Western District of Wisconsin. The grounds for removal are set forth in the attached affidavit which is specifically incorporated by reference.

Dated: 11·5·26

NORTHLAND TRIAL TEAM PLLC

Jerome D. Feriancek, #1034396
1105 East Superior Street
Duluth, MN 55802
218-578-3264
jdf@northlandtrialteam.com
*Attorneys for Defendant Walmart Inc*